Mark M. Maloney (GA 468104) (admitted *pro hac vice*)
W. Austin Jowers (GA 405482) (admitted *pro hac vice*)
Paul R. Bessette (TX 02263050)
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA 30309
Tel:  404.572.4600
Fax: 404.572.5100
mmaloney@kslaw.com

COUNSEL FOR HIGHLAND CLO FUNDING LTD.

Holland N. O'Neil (TX 14864700)
Jason B. Binford (TX 24045499)
Melina N. Bales (TX 24106851)
FOLEY GARDERE
FOLEY & LARDNER LLP
2021 McKinney Avenue, Ste. 1600
Dallas, Texas 75201
Tel:  214.999.3000
Fax: 214.999.4667
honeil@foley.com

Michael K. Hurst (TX 10316310)
Ben A. Barnes (TX 24092085)
LYNN PINKER COX & HURST, LLP
2100 Ross Avenue, Ste. 2700
Dallas, Texas 75201
Tel:  214.981.3800
Fax: 214.981.3839
mhurst@lynnllp.com

COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT LP

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 18-30264-SGJ-11 |
| ACIS CAPITAL MANAGEMENT, LP, and | § | Case No. 18-30265-SGJ-11 |
| | § | |
| ACIS CAPITAL MANAGEMENT GP, LLC, | § | (Jointly administered under |
| | § | Case No. 18-30264-SGJ-11) |
| Debtors. | § | |
| | § | Chapter 11 |
| | § | |

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT LP, et al., <br><br>vs. <br><br>ROBIN PHELAN, Chapter 11 Trustee. | § § § § § § | Adv. No. 18-03078-SGJ |

| | | |
|---|---|---|
| ROBIN PHELAN, Chapter 11 Trustee. <br><br>vs. <br><br>HIGHLAND CAPITAL MANAGEMENT LP, et al., | § § § § § § | Adv. No. 18-03212-SGJ |

_____

# APPENDIX TO MOTION FOR LEAVE TO APPEAL
_____

Highland CLO Funding, Ltd. and Highland Capital Management, L.P., file this Appendix to the *Motion for Leave to File Appeal* and attach true and correct copies of the following:

**EXHIBIT 1**

*Order Granting Emergency Motion to Approve Break-Up Fee, Expense Reimbursement, and Replacement Sub-Advisory and Shares Services Provider, Oaktree Capital Management, LP* (Doc. No. 390, Bankruptcy No. 18-30264), App. 000001 to App. 000009.

**EXHIBIT 2**

*Order Denying Motion for Preliminary Injunctive Relief* (Doc. No. 31, Adversary No. 18-03078), App. 000010 to App. 000014.

**EXHIBIT 3**

*Preliminary Injunction Order* (Doc. No. 21, Adversary No. 18-03212), App. 000015 to App. 000029.

**EXHIBIT 4**

*Emergency Motion to Approve Break-Up Fee, Expense Reimbursement, and Replacement Sub-Advisory and Shared Services, Provider, Oaktree Capital Management, L.P.* (Doc. No. 263, Bankruptcy No. 18-30264), App. 000030 to App. 000071.

**EXHIBIT 5**

*Highland CLO Funding Ltd. Brief in Support of Motion for Preliminary Injunctive Relief* (Doc. No. 319, Bankruptcy No. 18-30264), App. 000072 to App. 000272.

**EXHIBIT 6**

*Objection of HCLOF to Chapter 11 Trustee's Emergency Motion to Approve Break-Up Fee, Expense Reimbursement, and Replacement Sub-Advisory and Shared Services Provider, Oaktree Capital Management, L.P.* (Doc. No. 364, Bankruptcy No. 18-30264), App. 000273 to App. 000296.

**EXHIBIT 7**

*Highland Capital Management, L.P.'s Response to Emergency Motion to Approve Break-Up Fee, Expense Reimbursement, and Replacement Sub-Advisory and Shared Services Provider, Oaktree Capital Management, L.P.* (Doc. No. 366, Bankruptcy No. 18-30264), App. 000297 to App. 000316.

**EXHIBIT 8**

February 6, 2018, 2018 Hearing Transcript, App. 000317 to App. 000600.

**EXHIBIT 9**

February 7, 2018, 2018 Hearing Transcript, App. 000601 to App. 000981.

**EXHIBIT 10**

March 23, 2018 Hearing Transcript, App. 000982 to App. 001037.

**EXHIBIT 11**

May 31, 2018 Status Conference Transcript, App. 001038 to App. 01118.

**EXHIBIT 12**

June 12, 2018 Status Conference Transcript, App. 001119 to App. 001253.

**EXHIBIT 13**

July 6, 2018 Hearing Transcript, App. 001254 to App. 001549.

**EXHIBIT 14**

Highland CLO Funding, Ltd. Offering Memorandum, App. 001550 to App. 001551.

Respectfully submitted,

/s/ Mark M. Maloney
Mark M. Maloney
Georgia Bar No. 468104 (*pro hac vice*)
W. Austin Jowers
Georgia Bar No. 405482 (*pro hac vice*)
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309
Tel: 404.572.4600
Fax: 404.572.5100
mmaloney@kslaw.com
ajowers@kslaw.com

Paul R. Bessette
Texas Bar No. 02263050
500 West 2nd St., Suite 1800
Austin, Texas 78701-4684
Tel: 512.457.2000
Fax: 512.457.2100
pbessette@kslaw.com

**Counsel for:
Highland CLO Funding Ltd.**

/s/ Holland N. O'Neil
Holland N. O'Neil
Texas Bar No. 14864700
Jason B. Binford
Texas Bar No. 24045499
Melina N. Bales
Texas Bar No. 24106851
Foley Gardere
Feoly & Lardner LLP
2021 McKinney, Suite 1600
Dallas, Texas 75201
Tel: 214.999.3000
Fax: 214.999.4667
honeil@foley.com

Michael K. Hurst
Texas Bar No. 10316310
Ben A. Barnes
Texas Bar No. 24092085
Lynn Pinker Cox & Hurst LLP
2100 Ross Avenue, Ste. 2700
Dallas, Texas 75201
Tel: 214.981.3800
Fax: 214.981.3839
mhurst@lynnllp.com

**Counsel for:
Highland Capital Management LP**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served electronically by the Court's ECF system on July 11, 2018, on all parties entitled to notice in the respective cause herein.

*/s/ Holland N. O'Neil*
Holland N. O'Neil