Mark M. Maloney (GA 468104) (admitted *pro hac vice*)
W. Austin Jowers (GA 405482) (admitted *pro hac vice*)
Paul R. Bessette (TX 02263050)
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, GA 30309
Tel: 404-572-4600
Fax: 404-572-5100
mmaloney@kslaw.com

**COUNSEL FOR HIGHLAND CLO FUNDING LTD.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>**ACIS CAPITAL MANAGEMENT, L.P., ACIS CAPITAL MANAGEMENT GP, LLC,**<br><br>DEBTORS | § § § § § § § § § | **Case No. 18-30264-SGJ-11**<br>**Case No. 18-30265-SGJ-11**<br><br>**(Jointly Administered Under Case   No. 18-30264-SGJ-11)**<br><br>**Chapter 11** |
| **HIGHLAND CAPITAL MANAGEMENT, L.P. AND HIGHLAND CLO FUNDING LTD.,**<br><br>PLAINTIFFS<br><br>v.<br><br>**ROBIN PHELAN, CHAPTER 11 TRUSTEE**<br><br>DEFENDANT<br><br>**ROBIN PHELAN, CHAPTER 11 TRUSTEE,**<br><br>THIRD PARTY PLAINTIFF,<br><br>v.<br><br>**HIGHLAND HCF ADVISOR, LTD. AND HIGHLAND CLO MANAGEMENT, LTD.**<br><br>THIRD PARTY DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § § § § § | **Adversary No. 18-03078-sgj** |

## HIGHLAND CLO FUNDING, LTD.'S MOTION TO DISMISS

DEFENDANTS' MOTION TO DISMISS

1. Highland CLO Funding, Ltd. ("**HCLOF**") hereby respectfully requests entry of an order dismissing with prejudice the Counterclaims raised in Defendants' Answer, Affirmative Defenses, Counterclaims, and Third Party Claims [ECF No. 23]. In support thereof, HCLOF relies upon the accompanying Brief in Support of its Motion to Dismiss, filed in accordance with Rule 7007-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas, and the facts, exhibits, and other materials referred to therein.

2. Notice of this Motion has been provided to the Trustee. HCLOF submits that no other or further notice need be provided.

WHEREFORE, HCLOF respectfully requests that the Court (a) enter the Order substantially in the form annexed hereto as Exhibit A, granting the relief requested herein, and (b) grant to HCLOF such other and further relief as the Court may deem proper.

Dated:  July 23, 2018

Respectfully submitted,

**KING & SPALDING LLP**

/s/ Mark M. Maloney
Mark M. Maloney
Georgia Bar No. 468104 (admitted *pro hac vice*)
W. Austin Jowers
Georgia Bar No. 405482 (admitted *pro hac vice*)
1180 Peachtree Street NE
Atlanta, GA 30309
Tel: 404-572-4600
Fax: 404-572-5100
mmaloney@kslaw.com
ajowers@kslaw.com

Paul R. Bessette
Texas Bar No. 02263050
500 West 2nd St., Suite 1800
Austin, TX 78701-4684
(512) 457-2000 (phone)
(512) 457-2100 (fax)
pbessette@kslaw.com

*Counsel for Highland CLO Funding, Ltd.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served electronically by the Court's ECF system on  July 23, 2018.

/s/ Paul R. Bessette
Paul R. Bessette