IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE ACIS CAPITAL MANAGEMENT, L.P., et al., | § § § § | |
| Debtors. | § § | Civil Action No. 3:18-CV-1441-D |
| HIGHLAND CAPITAL MANAGEMENT, L.P., et al., | § § § § | (Bank. Ct. Nos. 18-30264-SGJ-11 and 18-30265-SGJ-11; Adv. No. 18-03078-SGJ) |
| Plaintiffs, | § § | |
| VS. | § § | |
| ROBIN PHELAN, CHAPTER 11 TRUSTEE, | § § § | |
| Defendant | § | |

**ORDER**

In accordance with the practice adopted in this district, the June 5, 2018 motion of Highland Capital Management, L.P. and Highland CLO Funding, Ltd to withdraw the reference is referred to United States Bankruptcy Judge Stacey G. Jernigan to conduct a status conference and to submit a report and recommendation to the court concerning whether the reference should or must be withdrawn. Any party may file objections within 21 days of the date of Judge Jernigan's report and recommendation. Any other party may file a response to the objections within 14 days after the objections are filed. A party who has filed objections may file a reply within 14 days after a response is filed.

If Judge Jernigan recommends that the reference be withdrawn, she shall also include a recommendation regarding whether she should hear all pretrial matters and submit dispositive matters to this court with a recommended disposition, and whether the court should defer

withdrawing the reference until Judge Jernigan certifies that the parties are ready for trial.

**SO ORDERED.**

August 9, 2018.

                                                      SIDNEY A. FITZWATER
                                                      UNITED STATES DISTRICT JUDGE