

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed October 31, 2018

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 18-30264-SGJ-11 |
| | § | Case No. 18-30265-SGJ-11 |
| ACIS CAPITAL MANAGEMENT, L.P., | § | |
| ACIS CAPITAL MANAGEMENT GP, | § | (Jointly Administered Under |
| LLC, | § | Case No. 18-30264-SGJ-11) |
| | § | |
| DEBTORS | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., AND HIGHLAND CLO FUNDING, LTD. | § | |
| Plaintiff, | § | Adversary No. 18-03078-SGJ |
| v. | § | |
| ROBIN PHELAN, CHAPTER 11 TRUSTEE | § | |
| Defendant. | § | |
| ROBIN PHELAN, CHAPTER 11 TRUSTEE | § | |
| Third Party Plaintiff, | § | |
| v. | § | |

| | |
|---|---|
| **HIGHLAND HCF ADVISOR, LTD., AND HIGHLAND CLO MANAGEMENT, LTD.** | § § § § |
| **Third Party Defendants.** | § |

### ORDER ON HIGHLAND CLO FUNDING, LTD.'S MOTION TO DISMISS

CAME ON FOR CONSIDERATION, the *Motion to Dismiss Counterclaims or, Alternatively, for a More Definite Statement* [Doc. 43] (the "**HCLOF MTD**") filed by Highland CLO Funding, Ltd. ("**HCLOF**"). The Court considered the HCLOF MTD at a hearing held on October 9, 2018 (the "**Hearing**"). Counsel for HCLOF and counsel for Robin Phelan, the Chapter 11 Trustee (the "**Trustee**") for the above-captioned debtors, appeared and argued at the Hearing.

It is therefore, **ORDERED AND ADJUDGED AS FOLLOWS:**

1. Given that the Trustee intends to amend and/or re-file the *Defendant's Answer, Affirmative Defenses, Counterclaims, and Third Party Claims*, filed July 2, 2018 [Doc. 23] (the "**Current Answer**"), HCLOF announced at the Hearing that the portions of the HCLOF MTD dealing with failure to state a claim upon which relief can be granted (pursuant to F.R.C.P 12(b)(6)) or for a more definite statement (pursuant to F.R.C.P. 12(e)) are deemed withdrawn, without prejudice.

2. The portion of the HCLOF MTD dealing with lack of personal jurisdiction over HCLOF (pursuant to F.R.C.P 12(b)(2)) is denied for the reasons stated on the record at the Hearing.

**IT IS FURTHER ORDERED THAT** this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

### **END OF ORDER** ###

Submitted by:

**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Phone)
(214) 745-5390 (Facsimile)

*Phillip Lamberson*
Rakhee V. Patel
State Bar No. 00797213
Phillip Lamberson
State Bar No. 00794134
Joe Wielebinski
State Bar No. 21432400
Annmarie Chiarello
State Bar No. 24097496
rpatel@winstead.com
plamberson@winstead.com
jwielebinski@winstead.com
achiarello@winstead.com

*Special Counsel for the Chapter 11 Trustee*

**FORSHEY & PROSTOK LLP**
777 Main St., Suite 1290
Ft. Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151

Jeff P. Prostok
State Bar No. 16352500
J. Robert Forshey
State Bar No. 07264200
Suzanne K. Rosen
State Bar No. 00798518
Matthias Kleinsasser
State Bar No. 24071357
bforshey@forsheyprostok.com
srosen@forsheyprostok.com
mkleinsasser@forsheyprostok.com

*Counsel for the Chapter 11 Trustee*