| | |
|---|---|
| Rakhee V. Patel – State Bar No. 00797213<br>Phillip Lamberson – State Bar No. 00794134<br>Joe Wielebinski – State Bar No. 21432400<br>Annmarie Chiarello – State Bar No. 24097496<br>**WINSTEAD PC**<br>500 Winstead Building<br>2728 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 745-5400<br>Facsimile:  (214) 745-5390<br>rpatel@winstead.com<br>plamberson@winstead.com<br>jwielebinski@winstead.com<br>achiarello@winstead.com<br><br>**SPECIAL COUNSEL FOR ROBIN PHELAN, CHAPTER 11 TRUSTEE** | Jeff P. Prostok – State Bar No. 16352500<br>J. Robert Forshey – State Bar No. 07264200<br>Suzanne K. Rosen – State Bar No. 00798518<br>Matthias Kleinsasser – State Bar No. 24071357<br>**FORSHEY & PROSTOK LLP**<br>777 Main St., Suite 1290<br>Fort Worth, TX 76102<br>Telephone: (817) 877-8855<br>Facsimile: (817) 877-4151<br>jprostok@forsheyprostok.com<br>bforshey@forsheyprostok.com<br>srosen@forsheyprostok.com<br>mkleinsasser@forsheyprostok.com<br><br>**COUNSEL FOR THE CHAPTER 11 TRUSTEE** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:**<br><br>**ACIS CAPITAL MANAGEMENT, L.P., ACIS CAPITAL MANAGEMENT GP, LLC,**<br><br>Debtors. | § § § § § § § § § | **Case No. 18-30264-SGJ-11**<br>**Case No. 18-30265-SGJ-11**<br><br>**(Jointly Administered Under Case No. 18-30264-SGJ-11)**<br><br>**Chapter 11** |
| **HIGHLAND CAPITAL MANAGEMENT, L.P. and HIGHLAND CLO FUNDING LTD,**<br><br>Plaintiffs and Counter Defendants,<br><br>vs.<br><br>**ROBIN PHELAN, Chapter 11 Trustee,**<br><br>Defendant, Counter Plaintiff, and Third-Party Plaintiff,<br><br>vs.<br><br>**HIGHLAND HCF ADVISOR, LTD., HIGHLAND CLO MANAGEMENT, LTD., and HIGHLAND CLO HOLDINGS, LTD.,**<br><br>Third-Party Defendants. | § § § § § § § § § § § § § § § § § § § | **Adversary No. 18-03078-SGJ** |

### TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT[1]

Robin Phelan (the "Trustee" or "Defendant"), the chapter 11 trustee of Acis Capital Management, L.P. ("Acis LP") and Acis Capital Management GP, LLC ("Acis GP" together with Acis LP, the "Debtors" or "Acis") in the above-styled and jointly administered bankruptcy cases (the "Bankruptcy Cases"), and Defendant in the above-styled adversary proceeding (the "Adversary Proceeding"), files this *Motion for Partial Summary Judgment* (the "Motion for Partial Summary Judgment") pursuant to Federal Rule of Civil Procedure 56, made applicable herein through Federal Rule of Bankruptcy Procedure 7056.

For the reasons set forth in the *Brief in Support of the Trustee's Motion for Partial Summary Judgment* ("Brief"), fully incorporated herein, the Trustee respectfully requests that the Court: (i) confirm that, under the doctrine of collateral estoppel, the findings and conclusions of the Arbitration Award are binding upon Highland Capital; (ii) grant summary judgment in the Trustee's favor with respect to Counts 1, 2, 3, and 4 of the Amended Answer; (iii) disallow the Highland Claims under section 502(d) of the Bankruptcy Code; and (iv) grant any other such relief that the Trustee may show himself to be justly entitled in law or in equity.

**DATED: November 27, 2018.**

Respectfully submitted,

By: */s/ Phillip Lamberson*
Rakhee V. Patel
State Bar No. 00797213
Phillip Lamberson
State Bar No. 00794134
Joe Wielebinski
State Bar No. 21432400
Annmarie Chiarello
State Bar No. 24097496

---

[1] Any capitalized term not otherwise defined herein shall have the meaning ascribed to it in the *Brief in Support of the Trustee's Motion for Partial Summary Judgment*, filed contemporaneously herewith.

**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Phone)
(214) 745-5390 (Facsimile)
rpatel@winstead.com
plamberson@winstead.com
jwielebinski@winstead.com
achiarello@winstead.com

**SPECIAL COUNSEL FOR ROBIN PHELAN, CHAPTER 11 TRUSTEE**

**-and-**

Jeff P. Prostok
State Bar No. 16352500
J. Robert Forshey
State Bar No. 07264200
Suzanne K. Rosen
State Bar No. 00798518
Matthias Kleinsasser
State Bar No. 24071357
**FORSHEY & PROSTOK LLP**
777 Main St., Suite 1290
Ft. Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
jprostok@forsheyprostok.com
bforshey@forsheyprostok.com
srosen@forsheyprostok.com
mkleinsasser@forsheyprostok.com

**COUNSEL FOR THE CHAPTER 11 TRUSTEE**

## CERTIFICATE OF SERVICE

      The undersigned certifies that on November 27, 2018, a true and correct copy of the foregoing Motion for Partial Summary Judgment and accompanying Brief in support and Appendix filed concurrently herewith will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District and to the parties on the attached Service List via first class U.S. mail.

      */s/ Jason A. Enright*
      One of Counsel