IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE ACIS CAPITAL MANAGEMENT, L.P., et al., | § § § § | |
| Debtors. | § § | Civil Action No. 3:18-CV-1817-D |
| HIGHLAND CAPITAL MANAGEMENT, L.P., et al., | § § § § | (Bank. Ct. Nos. 18-30264-SGJ-11 and 18-30265-SGJ-11; Adv. Nos. 18-03078-SGJ and 18-03212-SGJ) |
| Plaintiffs-Appellants, | § § | |
| VS. | § § | |
| ROBIN PHELAN, CHAPTER 11 TRUSTEE, | § § § § | |
| Defendant-Appellee. | § | |

APPEAL FROM THE
UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

**ORDER**

The November 1, 2018 unopposed motion of appellants Highland CLO Funding, Ltd. and Highland Capital Management, LP to dismiss appeal is granted, and this appeal is dismissed, with each party to bear its own costs.

**SO ORDERED**.

November 2, 2018.

SIDNEY A. FITZWATER
SENIOR JUDGE