| | |
|---|---|
| Holland N. O'Neil (TX 14864700) | Michael K. Hurst (TX 10316310) |
| Jason B. Binford (TX 24045499) | A. Shonn Brown (TX 24007164) |
| Shiva D. Beck (TX 24086882) | Chisara Ezie-Boncoeur (TX 24103714) |
| Melina N. Bales (TX 24106851) | Ruben A. Garcia (TX 24101787) |
| **FOLEY GARDERE** | **LYNN PINKER COX & HURST, LLP** |
| **FOLEY & LARDNER LLP** | 2100 Ross Avenue, Ste. 2700 |
| 2021 McKinney Avenue, Ste. 1600 | Dallas, Texas 75201 |
| Dallas, Texas 75201 | Telephone: (214) 981.3800 |
| Telephone: (214) 999.3000 | Facsimile: (214) 981.3839 |
| Facsimile: (214) 999.4667 | mhurst@lynnllp.com |
| honeil@foley.com | |
| | **COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT, L.P.** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § § | **Case No. 18-30264-SGJ-11** <br> **Case No. 18-30265-SGJ-11** |
| **ACIS CAPITAL MANAGEMENT, L.P., ACIS CAPITAL MANAGEMENT GP, LLC,** | § § § § | **(Jointly Administered Under   Case No. 18-30264-SGJ-11)** |
| DEBTORS | § § | **Chapter 11** |
| **HIGHLAND CAPITAL MANAGEMENT, L.P. AND HIGHLAND CLO FUNDING LTD.,** | § § § | |
| PLAINTIFFS | § § | **Adversary No. 18-03078-sgj** |
| v. | § § | |
| **ROBIN PHELAN, CHAPTER 11 TRUSTEE** | § § | |
| DEFENDANT | § § § | |
| **ROBIN PHELAN, CHAPTER 11 TRUSTEE,** | § § | |
| THIRD PARTY PLAINTIFF, | § § | |
| v. | § § | |
| **HIGHLAND HCF ADVISOR, LTD., HIGHLAND CLO MANAGEMENT, LTD., AND HIGHLAND CLO HOLDINGS, LTD.** | § § § § | |
| THIRD PARTY DEFENDANTS. | § | |

**HIGHLAND CAPITAL MANAGEMENT, L.P.'S RESPONSE IN OPPOSITION TO TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Subject to its *Motion to Stay and Compel Arbitration as to Certain Relevant Claims* [Doc. No. 102], Highland Capital Management, L.P. ("**Highland**") hereby files this *Response in Opposition to Trustee's Motion for Partial Summary Judgment, Subject to and Without Waiver of Highland Capital Management, L.P.'s Motion to Stay and Compel Arbitration* (the "**Response**") in regards to the *Amended Motion for Partial Summary Judgment* [Docket No. 88] (the "**Motion**") filed by the Chapter 11 trustee (the "**Trustee**").

For the reasons set forth in the *Brief in Opposition to Trustee's Motion for Partial Summary Judgment* (the "**Brief**"), fully incorporated herein, Highland respectfully requests that the Court (i) deny the Trustee's Motion; and (ii) grant any other such relief that Highland is justly entitled to in law or in equity.

DATED: February 4, 2019 Respectfully submitted,

*/s/ Holland N. O'Neil*
Holland N. O'Neil
State Bar No. 14864700
honeil@foley.com
Jason B. Binford
State Bar No. 24045499
jbinford@foley.com
Melinda N. Bales
State Bar No. 24106851
mbales@foley.com
**FOLEY GARDERE**
**FOLEY & LARDNER, LLP**
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

--and--

Michael K. Hurst
Texas Bar No. 10316310
mhurst@lynnllp.com
A. Shonn Brown
Texas Bar No. 24007164
sbrown@lynnllp.com
Ruben A Garcia
Texas Bar No. 24101787
rgarcia@lynnllp.com
**LYNN PINKER COX & HURST, L.L.P.**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served via ECF on February 4, 2019 to all parties of record.

*/s/ Jason B. Binford*
Jason B. Binford