| | |
|---|---|
| Holland N. O'Neil (TX 14864700) | Michael K. Hurst (TX 10316310) |
| Jason B. Binford (TX 24045499) | A. Shonn Brown (TX 24007164) |
| Shiva D. Beck (TX 24086882) | Chisara Ezie-Boncoeur (TX 24103714) |
| Melina N. Bales (TX 24106851) | Ruben A. Garcia (TX 24101787) |
| **FOLEY GARDERE** | **LYNN PINKER COX & HURST, LLP** |
| **FOLEY & LARDNER LLP** | 2100 Ross Avenue, Ste. 2700 |
| 2021 McKinney Avenue, Ste. 1600 | Dallas, Texas 75201 |
| Dallas, Texas 75201 | Telephone: (214) 981.3800 |
| Telephone: (214) 999.3000 | Facsimile: (214) 981.3839 |
| Facsimile: (214) 999.4667 | mhurst@lynnllp.com |
| honeil@foley.com | |

**COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT, L.P.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | **Case No. 18-30264-SGJ-11** |
| | § | **Case No. 18-30265-SGJ-11** |
| **ACIS CAPITAL MANAGEMENT, L.P.,** | § | |
| **ACIS CAPITAL MANAGEMENT GP, LLC,** | § | **(Jointly Administered Under Case** |
| | § | **No. 18-30264-SGJ-11)** |
| DEBTORS | § | |
| | § | **Chapter 11** |
| **HIGHLAND CAPITAL MANAGEMENT, L.P. AND HIGHLAND CLO FUNDING LTD.,** | § § § | |
| PLAINTIFFS | § | **Adversary No. 18-03078-sgj** |
| | § | |
| v. | § | |
| | § | |
| **ROBIN PHELAN, CHAPTER 11 TRUSTEE** | § | |
| | § | |
| DEFENDANT | § | |
| | § | |
| | § | |
| **ROBIN PHELAN, CHAPTER 11 TRUSTEE,** | § | |
| | § | |
| THIRD PARTY PLAINTIFF, | § | |
| | § | |
| v. | § | |
| | § | |
| **HIGHLAND HCF ADVISOR, LTD.,** | § | |
| **HIGHLAND CLO MANAGEMENT, LTD.,** | § | |
| **AND HIGHLAND CLO HOLDINGS, LTD.** | § | |
| | § | |
| THIRD PARTY DEFENDANTS. | § | |

**APPENDIX TO HIGLAND CAPITAL MANAGEMENT, L.P.'S BRIEF IN OPPOSITION**

**TO TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Highland Capital Management, L.P. files this Appendix to the *Brief in Opposition to Trustee's Motion for Partial Summary Judgment*, and attach true and correct copies of the following:

**EXHIBIT 1**

*Employment Agreement between Highland Capital Management, L.P. and Joshua Terry* (entered March 2, 2009), App. 000001 to App. 000015.

**EXHIBIT 2**

*Amended and Restated Agreement of Limited Partnership of Acis Capital Management, L.P.* (effective January 21, 2011), App. 000016 to App. 000051.

**EXHIBIT 3**

*Shared Services Agreement by and among Highland Capital Management, L.P. and Acis Capital Management, L.P.* (effective January 1, 2011), App. 000052 to App. 000063.

**EXHIBIT 4**

*Sub-Advisory Agreement by and among Acis Capital Management, L.P. and Highland Capital Management, L.P.* (effective January 1, 2011), App. 000064 to App. 000086.

**EXHIBIT 5**

*Amended and Restated Sub-Advisory Agreement by and among Acis Capital Management, L.P. and Highland Capital Management, L.P.* (made May 5, 2011 to be effective on January 1, 2011), App. 000087 to App. 000109.

**EXHIBIT 6**

*Amendment to Amended and Restated Sub-Advisory Agreement between Acis Capital Management, L.P. and Highland Capital Management, L.P.* (entered July 1, 2011), App. 000110 to App. 000112.

**EXHIBIT 7**

*Amendment to Shared Services Agreement between Ac*
*is Capital Management, L.P. and Highland Capital Management, L.P.* (entered July 1, 2011), App. 000113 to App. 000115.

**EXHIBIT 8**

*Amended & Restated Shared Services Agreement by and among Highland Capital Management, L.P. and Acis Capital Management, LP. (*entered on June 6, 2013), App. 000116 to App. 000128.

**EXHIBIT 9**

*Second Amended and Restated Shared Services Agreement by and among Highland Capital Management, L.P. and Acis Capital Management, L.P.* (effective January 1, 2015), App. 000129 to App. 000143.

**EXHIBIT 10**

*Second Amended and Restated Sub-Advisory Agreement by and among Acis Capital Management, L.P. and Highland Capital Management, L.P.* (made July 29, 2016 to be effective January 1, 2016), App. 000144 to App. 00169.

**EXHIBIT 11**

*Third Amended and Restated Shared Services Agreement by and among Highland Capital Management, L.P. and Acis Capital Management, L.P.* (effective January 1, 2016), App. 000170 to App. 000183.

**EXHIBIT 12**

*Original Petition and Application for Injunctive Relief;* Highland Capital Management, L.P. v. Joshua Terry, Cause No. DC-16-11396, in the 162nd Judicial District Court of Dallas County, Texas (filed September 8, 2016), App. 000184 to App. 000220.

**EXHIBIT 13**

*Defendant's Motion to Compel Arbitration and for Sanctions;* Highland Capital Management, L.P. v. Joshua Terry, Cause No. DC-16-11396, in the 162nd Judicial District Court of Dallas County, Texas (filed September 12, 2016), App. 000221 to App. 000276.

**EXHIBIT 14**

*Bench Brief Related to Defendant's Demand for Arbitration;* Highland Capital Management, L.P. v. Joshua Terry, Cause No. DC-16-11396, in the 162nd Judicial District Court of Dallas County, Texas (filed September 12, 2016), App. 000277 to App. 000341.

**EXHIBIT 15**

*Interlocutory Order Compelling Arbitration and Staying Case;* Highland Capital Management, L.P. v. Joshua Terry, Cause No. DC-16-11396, in the 162nd Judicial District Court of Dallas County, Texas (entered September 28, 2016), App. 000342 to App. 000343.

**EXHIBIT 16**

*Motion to Dismiss Claims Against Highland Capital Management, L.P. and James Dondero;* Terry v. Highland Capital Management, LP, et al, in JAMS Arbitration No. 1310022713 (submitted September 22, 2016), App. 000344 to App. 000446.[1]

**EXHIBIT 17**

*Motion for Summary Disposition re Claims against HCM;* Terry v. Highland Capital Management, LP, et al, in JAMS Arbitration No. 1310022713 (submitted January 24, 2017), App. 000447 to App. 000452.[2]

**EXHIBIT 18**

*Fourth Amended and Restated Shared Services Agreement by and between Acis Capital Management, L.P. and Highland Capital Management, L.P.* (dated March 17, 2017), App. 000453 to App. 000476.

**EXHIBIT 19**

*Third Amended and Restated Sub-Advisory Agreement by and between Acis Capital Management, L.P. and Highland Capital Management, L.P.* (dated March 17, 2017), App. 000477 to App. 000497.

**EXHIBIT 20**

*Final Award;* Terry v. Highland Capital Management, LP, et al, in JAMS Arbitration No. 1310022713 (dated October 20, 2017), App. 000498 to App. 000525.

**EXHIBIT 21**

*Petition to Confirm Arbitration Award and Enter Judgment on Same;* Terry v. Acis Capital Management, L.P. and Acis Capital Management GP, LLC, Cause No. DC-17-15244; in the 44th Judicial District Court of Dallas County, Texas (filed November 6, 2017), App. 000526 to App. 000567.

**EXHIBIT 22**

*Final Judgment in* Terry v. Acis Capital Management, L.P. and Acis Capital Management GP, LLC, Cause No. DC-17-15244; in the 44th Judicial District Court of Dallas County, Texas (entered December 18, 2017), App. 000568 to App. 000569.

---

[1] Exhibits 16, 17, and 27 are being filed under seal due to confidentiality requirements.
[2] See footnote 1 above.

**EXHIBIT 23**

*Order Confirming Arbitration Award in* Terry v. Acis Capital Management, L.P. and Acis Capital Management GP, LLC, Cause No. DC-17-15244; in the 44th Judicial District Court of Dallas County, Texas (entered December 18, 2017), App. 000570.

**EXHIBIT 24**

*Defendant's First Traditional Motion for Partial Summary Judgment* in Highland Capital Management, L.P. v. Joshua Terry, Cause No. DC-16-11396, in the 162nd Judicial District Court of Dallas County, Texas (filed May 7, 2018), App. 000571 to App. 001220.

**EXHIBIT 25**

*Order Denying Motion for Partial Summary Judgment* in Highland Capital Management, L.P. v. Joshua Terry, Cause No. DC-16-11396, in the 162nd Judicial District Court of Dallas County, Texas (entered August 2, 2018), App. 001221.

**EXHIBIT 26**

*Order Denying Motion to Confirm Arbitration Award* in Highland Capital Management, L.P. v. Joshua Terry, Cause No. DC-16-11396, in the 162nd Judicial District Court of Dallas County, Texas (entered October 22, 2018), App. 001222 to App. 001223.

**EXHIBIT 27**

*Arbitration Hearing Transcript dated September 7, 2017* in Terry v. Highland Capital Management, LP, et al, in JAMS Arbitration No. 1310022713, App. 001224 to App. 001232.[3]

---

[3] See footnote 1 above.

Dated:  February 4, 2019

Respectfully submitted,

*/s/ Jason B. Binford*
Holland N. O'Neil (TX 14864700)
Jason B. Binford (TX 24045499)
Melina N. Bales (TX 24106851)
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Ste. 1600
Dallas, Texas  75201
Telephone:  (214) 999.3000
Facsimile:  (214) 999.4667
honeil@foley.com
jbinford@foley.com
mbales@foley.com

and

Michael K. Hurst (TX 10316310)
A. Shonn Brown (TX 24007164)
Chisara Ezie-Boncoeur (TX 24103714)
Ruben A. Garcia (TX 24101787)
**LYNN PINKER COX & HURST, LLP**
2100 Ross Avenue, Ste. 2700
Dallas, Texas 75201
Telephone: (214) 981.3800
Facsimile: (214) 981.3839
mhurst@lynnllp.com

**COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served electronically by the Court's PACER system on February 4, 2019.

*/s/Jason B. Binford*