UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: ACIS CAPITAL MANAGEMENT, L.P., et al.,
　　　　　　　Debtors.
ROBIN PHELAN, CHAPTER 11 TRUSTEE,
　　　　　　　Plaintiff,
VS.
HIGHLAND CAPITAL MANAGEMENT, L.P., et al.,
　　　　　　　Defendants

CHAPTER 11 CASES

Case No.: 18-30264-SGJ-11

(Jointly Administered)

ADVERSARY NO. 18-03078-SGJ

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: **Maloney**　　**Mark**　　**M.**
   　　　　Last　　　　First　　　　MI

2. Firm Name: King & Spalding LLP

3. Address: 1180 Peachtree Street, NE
   Atlanta, GA  30309

4. Phone: (404) 572-4857　　FAX: (404) 572-5100
   Email: mmaloney@kslaw.com

5. Name used to sign *all* pleadings: Mark M. Maloney

6. Retained by: Highland CLO Funding, Ltd.

7. Admitted on 1995 and presently a member in good standing of the bar of the highest court of the state of Georgia and issued the bar license number of 468104.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | U.S. District & Bankruptcy Courts Northern District of Georgia | 1997 |
   | U.S. District & Bankruptcy Courts Middle District of Georgia | 2001 |
   | U.S. Court of Appeals for the Eleventh Circuit | 2000 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    |---|---|
    | 06/08/2018 | 18-30264-sgj11 In Re: ACIS CAPITAL MANAGEMEN |
    | | |
    | | |

13. Local counsel of record: Paul R. Bessette

14. Local counsel's address: King & Spalding LLP
    500 W. 2nd Street, Suite 1800, Austin, TX 78701

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $25.00 filing fee on _____.

Mark M. Maloney  
Printed Name of Applicant

04/30/2019  
Date

_[signature]_  
Signature of Applicant