

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 21, 2019

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 18-30264-SGJ-11 |
| | § | Case No. 18-30265-SGJ-11 |
| ACIS CAPITAL MANAGEMENT, L.P., | § | |
| ACIS CAPITAL MANAGEMENT GP, LLC, | § | (Jointly Administered Under |
| | § | Case   No. 18-30264-SGJ-11) |
| DEBTORS | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| PLAINTIFF | § | Adversary No. 19-03103-sgj |
| | § | |
| v. | § | |
| | § | |
| ROBIN PHELAN, CHAPTER 11 TRUSTEE, | § | |
| | § | |
| DEFENDANT | § | |

**ORDER: (I) CONSOLIDATING ADVERSARY CASE NOS. 18-03078 & 19-03103; (II) SETTING DEADLINES; AND (III) SETTING STATUS CONFERENCE PURSUANT TO LOCAL BANKRUPTCY RULES 5011-1(A)**                                                                Page 1 of 10

| | | |
|---|---|---|
| IN RE: | § § | Case No. 18-30264-SGJ-11 |
| | § | Case No. 18-30265-SGJ-11 |
| ACIS CAPITAL MANAGEMENT, L.P., | § | |
| ACIS CAPITAL MANAGEMENT GP, | § | (Jointly Administered Under |
| LLC, | § | Case No. 18-30264-SGJ-11) |
| | § | |
| DEBTORS. | § | Chapter 11 |

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, | § | |
| L.P. AND HIGHLAND CLO FUNDING | § | |
| LTD., | § | |
| | § | |
| PLAINTIFFS, | § | Adversary No. 18-03078-sgj |
| | § | |
| v. | § | |
| | § | (Consolidated with Case No. |
| | § | 18- 03212-sgj) |
| ROBIN PHELAN, CHAPTER 11 | § | |
| TRUSTEE, | § | |
| | § | |
| DEFENDANT. | § | |

| | |
|---|---|
| ROBIN PHELAN, CHAPTER 11 | § |
| TRUSTEE, | § |
| | § |
| THIRD-PARTY PLAINTIFF, | § |
| | § |
| v. | § |
| | § |
| HIGHLAND HCF ADVISOR, LTD., | § |
| HIGHLAND CLO MANAGEMENT, LTD., | § |
| AND HIGHLAND CLO HOLDINGS, LTD., | § |
| | § |
| THIRD-PARTY DEFENDANTS. | § |

**ORDER: (I) CONSOLIDATING ADVERSARY CASE NOS. 18-03078 & 19-03103; (II) SETTING DEADLINES; AND (III) SETTING STATUS CONFERENCE PURSUANT TO LOCAL BANKRUPTCY RULES 5011-1(A)** **Page 2 of 10**

### ORDER (I) CONSOLIDATING ADVERSARY CASE NOS. 18-03078 & 19-03103; (II) SETTING DEADLINES; AND (III) SETTING STATUS CONFERENCE PURSUANT TO LOCAL BANKRUPTCY RULES 5011-1(A)

This matter coming before the Court in the above-captioned adversary proceedings involving Highland Capital Management, L.P. ("Highland Capital"), Highland CLO Funding, Ltd. ("Highland Funding"), Highland HCF Advisor, Ltd. ("Highland HCF"), Highland CLO Management, Ltd. ("Highland Management"), Highland CLO Holdings, Ltd. ("Highland Holdings"), Acis Capital Management, L.P. ("Acis LP") and Acis Capital Management GP, LLC ("Acis GP"); and the Court determined to consolidate the two adversary proceedings currently before the Court, Adversary No. 18-03078[1] and Adversary No. 19-03103, to set certain agreed deadlines, and to set a status conference pursuant to Local Bankruptcy Rule 5011-1(a); and it appearing that no delay or prejudice would be occasioned by consolidation of the two adversary proceedings; it is therefore

**ORDERED** that these adversary proceedings (Adversary Nos. 18-03078 and 19-03103) are consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure made applicable herein by Federal Rule of Bankruptcy Procedure 7042. The Clerk of Court is directed to caption the case as *Acis Capital Management, L.P., et al. v. Highland Capital Management, L.P., et al.*; it is further

**ORDERED** that all filings, pleadings, motions, or other papers after the entry of this Order shall be made in Adversary Case No. 18-03078 (the "Consolidated Adversary"); it is further

---

[1] Adversary No. 18-03078 was previously subject to consolidation with Adversary No. 18-03212, which included as additional defendants: CLO Holdco, Ltd., Neutra, Ltd., Acis CLO 2014-3 Ltd., Acis CLO 2014-4 Ltd., Acis CLO 2014-5 Ltd., Acis CLO 2015-6 Ltd., Acis CLO 2014-3 LLC, Acis CLO 2014-4 LLC, Acis CLO 2014-5 LLC and

**ORDER: (I) CONSOLIDATING ADVERSARY CASE NOS. 18-03078 & 19-03103; (II) SETTING DEADLINES; AND (III) SETTING STATUS CONFERENCE PURSUANT TO LOCAL BANKRUPTCY RULES 5011-1(A)**                                                                                   **Page 3 of 10**

4815-9278-1721.3
4830-9182-8377v.9
62112-1 6/13/2019

ORDERED that Acis Capital Management, L.P. and Acis Capital Management GP, LLC are the Plaintiffs ("Plaintiffs") in the Consolidated Adversary and Highland Capital Management, L.P., Highland CLO Funding, Ltd., f/k/a Acis Loan Funding, Ltd, Highland HCF Advisor, Ltd., Highland CLO Management, Ltd., Highland CLO Holdings, Ltd., CLO Holdco, Ltd., Neutra, Ltd., Acis CLO 2014-3 Ltd., Acis CLO 2014-4 Ltd., Acis CLO 2014-5 Ltd., Acis CLO 2015-6 Ltd., Acis CLO 2014-3 LLC., Acis CLO 2014-4 LLC, Acis CLO 2014-5 LLC, Acis CLO 2015-6 LLC, are the Defendants ("Defendants" or individually, a "Defendant") in the Consolidated Adversary; it is further

ORDERED that the caption of the Consolidated Adversary is as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** § <br> § <br> **ACIS CAPITAL MANAGEMENT, L.P.,** § <br> **ACIS CAPITAL MANAGEMENT GP,** § <br> **LLC,** § <br> § <br> DEBTORS § <br> § | | **Case No. 18-30264-SGJ-11** <br> **Case No. 18-30265-SGJ-11** <br> <br> **(Jointly Administered Under** <br> **Case   No. 18-30264-SGJ-11)** <br> <br> **Chapter 11** |
| **ACIS CAPITAL MANAGEMENT, L.P.,** § <br> **ACIS CAPITAL MANAGEMENT GP,** § <br> **LLC,** § <br> § <br> PLAINTIFFS § <br> § <br> v. § <br> § <br> **HIGHLAND  CAPITAL  MANAGEMENT,** § <br> **L.P.,   HIGHLAND  CLO  FUNDING, LTD.** § | | **Adversary No. 18-03078** <br> <br> **(Consolidated with Adversary Nos.** <br> **18-03212-sgj & 19-03103)** |

Acis CLO 2015-6 LLC.

**ORDER: (I) CONSOLIDATING ADVERSARY CASE NOS. 18-03078 & 19-03103; (II) SETTING DEADLINES; AND (III) SETTING STATUS CONFERENCE PURSUANT TO LOCAL BANKRUPTCY RULES 5011-1(A)**                                                                                       **Page 4 of 10**

| | |
|---|---|
| F/K/A ACIS LOAN FUNDING, LTD., HIGHLAND HCF ADVISOR, LTD., HIGHLAND CLO MANAGEMENT, LTD., HIGHLAND CLO HOLDINGS, LTD CLO HOLDCO, LTD., NEUTRA, LTD., ACIS CLO 2014-3 LTD., ACIS CLO 2014-4 LTD., ACIS CLO 2014-5 LTD., ACIS CLO 2015-6 LTD., ACIS CLO 2014-3 LLC, ACIS CLO 2014-4 LLC, ACIS CLO 2014-5 LLC, AND ACIS CLO 2015-6 LLC,<br><br>    DEFENDANTS | § § § § § § § § § § § § § § § |

**ORDERED** that the Clerk of Court is directed to administratively close Adversary Case No. 19-03103 (the "Closed Adversary"); it is further

**ORDERED** that Plaintiffs shall file any amended complaint, answer, or counterclaim(s) (collectively, the "Amended Complaint") on or before **June 20, 2019**; it is further[2]

**ORDERED** that the Amended Complaint shall state with particularity the claim(s) and cause(s) of action asserted against each individual party or each of the Defendants; it is further

**ORDERED** that the Defendants shall answer or otherwise respond to the Amended Complaint on or before **July 22, 2019**; it is further

**ORDERED** that Plaintiffs shall respond to any motion to dismiss the Amended Complaint filed by any Defendant on or before **August 15, 2019,** unless otherwise agreed to by the parties; it is further

---

[2] The foregoing is without prejudice to Plaintiffs' ability to answer or otherwise respond to any claims or causes of action asserted after the entry of this Order.

**ORDER: (I) CONSOLIDATING ADVERSARY CASE NOS. 18-03078 & 19-03103; (II) SETTING DEADLINES; AND (III) SETTING STATUS CONFERENCE PURSUANT TO LOCAL BANKRUPTCY RULES 5011-1(A)** Page 5 of 10

**ORDERED** that any reply by any Defendant in support of a motion to dismiss the Amended Complaint shall be filed on or before **August 29, 2019,** unless otherwise agreed to by the parties; it is further

**ORDERED** that the Defendants shall file any amended motion(s) pursuant to Federal Rule of Bankruptcy Procedure 5011(a) and 28 U.S.C. § 157(d) (collectively, including any motion currently pending in the Consolidated Adversary or the Closed Adversary that requests relief pursuant to Federal Rule of Bankruptcy Procedure 5011(a) and 28 U.S.C. § 157(d), the "Reference Motions") on or before **July 22, 2019**; it is further

**ORDERED** that Plaintiffs shall file any response(s) to the Reference Motions (the "Reference Responses") on or before **August 12, 2019**; it is further

**ORDERED** that the Defendants shall file any reply to the Reference Responses on or before **August 26, 2019**; it is further

**ORDERED** that pursuant to Local Bankruptcy Rule 5011-1(a), a status conference on the Reference Motions is set before the Honorable Stacey G.C. Jernigan on **September 4, 2019, at 2:30 p.m. (Central Standard Time),** at the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1428 (Courtroom No. 1), Dallas, Texas 75242; it is further

**ORDERED** that the requirement that party representatives appear at all hearings in the Consolidated Adversary Case or the main bankruptcy case, jointly administered Case No. 18-30264, as further described by ¶ 4 of the *Order Regarding Scheduling for Regular and Expedited Hearing Dates* [Case No. 18-30264, Docket No. 336], is abrogated until further notice by or order of the Court; it is further

**ORDERED** that the *Trustee's Amended Motion for Partial Summary Judgment* [Adversary Case No. 18-03078, Docket No. 88] is abated pending the disposition of the Reference Motions; and it is further

**ORDERED** that all discovery in the Consolidated Adversary is abated pending the disposition of the Reference Motions.

### ### END OF ORDER ###

**ORDER: (I) CONSOLIDATING ADVERSARY CASE NOS. 18-03078 & 19-03103; (II) SETTING DEADLINES; AND (III) SETTING STATUS CONFERENCE PURSUANT TO LOCAL BANKRUPTCY RULES 5011-1(A)** Page 7 of 10

4815-9278-1721.3
4830-9182-8377v.9
62112-1 6/13/2019

**Submitted by:**

**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Phone)
(214) 745-5390 (Facsimile)
Respectfully submitted,

By:      /s/ *Annmarie Chiarello*
Rakhee V. Patel
State Bar No. 00797213
Phillip Lamberson
State Bar No. 00794134
Joe Wielebinski
State Bar No. 21432400
Annmarie Chiarello
State Bar No. 24097496
rpatel@winstead.com
plamberson@winstead.com
jwielebinski@winstead.com
achiarello@winstead.com

-and-

Brian P. Shaw
State Bar No. 24053473
**ROGGE DUNN GROUP, P.C**.
500 N. Akard St., Suite 1900
Dallas, TX  75201
Telephone: (214) 888-5000
Facsimile: (214) 220-3833
shaw@roggedunngroup.com

**COUNSEL FOR PLAINTIFFS, ACIS CAPITAL MANAGEMENT, L.P., AND ACIS CAPITAL MANAGEMENT GP, LLC**

**Agreed as to form:**

By:/s/ *Holland N. O'Neil*
Holland N. O'Neil (TX 14864700)
Jason B. Binford (TX 24045499)
Melina N. Bales (TX 24106851)
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Ste. 1600
Dallas, Texas  75201
Telephone:  (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com
jbinford@foley.com
sbeck@foley.com
mbales@foley.com

-and-

Michael K. Hurst (TX 10316310)
David S. Coale (TX 00787255)
Chisara Ezie-Boncoeur (TX 24103714)
Ruben A. Garcia (TX 24101787)
**LYNN PINKER COX & HURST, LLP**
2100 Ross Avenue, Ste. 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839
mhurst@lynnllp.com


**COUNSEL FOR DEFENDENTS, HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND HCF ADVISOR, LTD., HIGHLAND CLO MANAGEMENT, LTD., HIGHLAND CLO HOLDINGS, LTD.**

**ORDER: (I) CONSOLIDATING ADVERSARY CASE NOS. 18-03078 & 19-03103; (II) SETTING DEADLINES; AND (III) SETTING STATUS CONFERENCE PURSUANT TO LOCAL BANKRUPTCY RULES 5011-1(A)** Page 9 of 10

4815-9278-1721.3
4830-9182-8377v.9
62112-1 6/13/2019

By: /s/ *Rebecca Matsumura*
Mark M. Maloney (GA 468104)
W. Austin Jowers (GA 405482)
Paul R. Bessette (TX 02263050)
Rebecca Matsumura (TX 24098053)
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, Georgia 30309
Tel: 404-572-4600
Fax: 404-572-5100
mmaloney@kslaw.com

**COUNSEL FOR DEFENDANT, HIGHLAND CLO FUNDING, LTD.**

**ORDER: (I) CONSOLIDATING ADVERSARY CASE NOS. 18-03078 & 19-03103; (II) SETTING DEADLINES; AND (III) SETTING STATUS CONFERENCE PURSUANT TO LOCAL BANKRUPTCY RULES 5011-1(A)** **Page 10 of 10**
4815-9278-1721.3
4830-9182-8377v.9
62112-1 6/13/2019

4830-9182-8377v.6
62112-1 6/11/2019