BTXN 138 (rev. 03/15)

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Acis Capital Management, L.P. and Acis Capital | § | |
| Management GP, LLC | § | |
| | § | Case No.: 18-30264-sgj11 |
| Debtor(s) | § | Chapter No.: 11 |
| Acis Capital Management GP, LLC et al. | § | |
| Plaintiff(s) | § | Adversary No.: 18-03078-sgj |
| vs. | § | |
| Highland Capital Management, L.P. et al. | § | Civil Case No.: 3:19-CV-01888-G |
| Defendant(s) | § | |
| | § | |
| Acis Capital Management GP, LLC et al. | § | |
| Plaintiff(s) | § | |
| vs. | § | |
| Highland Capital Management, L.P. et al. | § | |
| Defendant(s) | § | |
| | § | |

## NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

☐ One copy of the Motion to Withdraw Reference (USDC Civil Action No. – DNC Case) **NOTE**: A Status Conference has been set for  at , in _ before U.S. Bankruptcy Judge _. The movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status Conference.

☑ One copy of: _ Reply to Response in re: Motion to withdraw the reference _.

**TO ALL ATTORNEYS:** Fed.R.Bankr.P. 5011(a) A motion for withdrawal of a case or proceeding shall be heard by a district judge, [*implied*] that any responses or related papers be filed likewise.

DATED: 8/29/19

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Sheniqua Whitaker, Deputy Clerk