| | |
|---|---|
| Rakhee V. Patel – State Bar No. 00797213<br>Phillip Lamberson – State Bar No. 00794134<br>Jason A. Enright – State Bar No. 24087475<br>Annmarie Chiarello – State Bar No. 24097496<br>**WINSTEAD PC**<br>500 Winstead Building<br>2728 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 745-5400<br>Facsimile: (214) 745-5390<br>rpatel@winstead.com<br>plamberson@winstead.com<br>jenright@winstead.com<br>achiarello@winstead.com | Brian P. Shaw – State Bar No. 24053473<br>**ROGGE DUNN GROUP, PC**<br>500 N. Akard St., Suite 1900<br>Dallas, Texas 75201<br>Telephone: (214) 888-5000<br>Facsimile: (214) 220-3833<br>shaw@roggedunngroup.com |

**COUNSEL FOR REORGANIZED DEBTORS**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:**<br><br>**ACIS CAPITAL MANAGEMENT, L.P., ACIS CAPITAL MANAGEMENT GP, LLC,**<br><br>Debtors. | § § § § § § § § | **Case No. 18-30264-SGJ-11**<br>**Case No. 18-30265-SGJ-11**<br><br>**(Jointly Administered Under Case No. 18-30264-SGJ-11)**<br><br>**Chapter 11** |
| **ACIS CAPITAL MANAGEMENT, L.P., ACIS CAPITAL MANAGEMENT GP, LLC, Reorganized Debtors,**<br><br>Plaintiffs,<br><br>vs.<br><br>**HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND CLO FUNDING, LTD. F/K/A ACIS LOAN FUNDING, LTD., HIGHLAND HCF ADVISOR, LTD., HIGHLAND CLO MANAGEMENT, LTD., and HIGHLAND CLO HOLDINGS, LTD**<br><br>Defendants. | § § § § § § § § § § § § § § § § § | **Adversary No. 18-03078**<br><br>**(Consolidated with Adversary Nos. 18-03212 & 19-03103)** |

---

**PLAINTIFFS' UNOPPOSED MOTION TO DISMISS LESS THAN ALL DEFENDANTS**

## PLAINTIFFS' UNOPPOSED MOTION TO DISMISS LESS THAN ALL DEFENDANTS

Acis Capital Management, L.P. ("Acis LP") and Acis Capital Management GP, LLC ("Acis GP" together with Acis LP, the "Reorganized Debtors" or "Acis") the reorganized debtors in the above-styled and jointly administered bankruptcy cases, and Plaintiffs in the in the above-styled adversary proceeding, file this *Unopposed Motion to Dismiss Less than All Defendants*, and respectfully state as follows:

1.  Pursuant to Federal Rule of Bankruptcy Procedure 7041, Acis hereby requests the Court enter an order dismissing with prejudice all of the claims that were brought, or could have been brought, by and between Acis and Defendants Highland Capital Management, L.P., Highland HCF Advisor, Ltd, Highland CLO Management, Ltd., and Highland CLO Holdings, Ltd. (collectively the "Highland Released Parties").  The Highland Released Parties, for their part, request dismissal of any and all claims asserted, or that could have been asserted, against Acis, including but not limited to the pre-petition, gap and administrative claims asserted by Highland Capital Management, L.P. against Acis, the adjudication of which had been consolidated in this adversary proceeding.  The parties have agreed to respectively bear their own attorneys' fees and costs of court.

2.  This requested dismissal shall have no effect on the claims of any Defendant other than the Highland Released Parties.

**DATED: November 3, 2020**

[remainder of page intentionally left blank]

Respectfully submitted,

By: *Brian P. Shaw*
Rakhee V. Patel
State Bar No. 00797213
Phillip Lamberson
State Bar No. 00794134
Jason A. Enright
State Bar No. 24087475
Annmarie Chiarello
State Bar No. 24097496
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 745-5400
Facsimile: (214) 745-5390
rpatel@winstead.com
plamberson@winstead.com
jenright@winstead.com
achiarello@winstead.com

-and-

Brian P. Shaw
State Bar No. 24053473
**ROGGE DUNN GROUP, PC**
500 N. Akard Street, Suite 1900
Dallas, Texas 75201
Telephone: (214) 888-5000
Facsimile: (214) 220-3833
shaw@roggedunngroup.com

**COUNSEL FOR REORGANIZED DEBTORS**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for the Highland Released Parties, who stated that they are unopposed to the relief sought in and approve of the form of this Motion.

*Brian P. Shaw*
BRIAN P. SHAW

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2020, notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this adversary proceeding pursuant to the Electronic Filing Procedures in this District.

*Brian P. Shaw*
BRIAN P. SHAW